PROB 12C
(6/16)

Report Date: July 28, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2021

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Sarah Ann Castle                Case Number: 0980 2:17CR00189-SAB-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge Date of Original Sentence: June 7, 2018

Original Offense: Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence: Prison - 40 Months          Type of Supervision: Supervised Release
TSR - 60 Months

Asst. U.S. Attorney: Caitlin A. Baunsgard        Date Supervision Commenced: December 23, 2020

Defense Attorney: Federal Public Defender      Date Supervision Expires: December 22, 2025

## PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about July 20, 2021, based on the client's admission of such use.

On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document having been mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to refrain from any unlawful use of a controlled substance.

Specifically, on July 22, 2021, the undersigned officer placed a telephone call to the client in an effort to simply check on her current progress within the community. Upon dialing the client, the client's telephone call rang through to voice mail and an automated message was

Prob12C
Re: Castle, Sarah Ann
July 28, 2021
Page 2

received indicating the client's voice mail box was full and could, therefore, not accept new messages. At approximately 8:30 a.m., the client was subsequently sent a text message requesting a return call and a call was placed to her stepfather and current sponsor who indicated he had not seen the client himself in the last few days and that she was not currently home. The contact advised it was not unusual to not see the client given that they have differing work schedules, but it was unusual that she was not home at this time of the day as she generally returned home to sleep prior to his departure for work, given that she currently works swing shift into graveyard.

At 1:35 p.m., Ms. Castle returned the undersigned officer's message and immediately sounded unwell. Ms. Castle reported current illness and advised she was scheduled to submit to COVID-19 testing on Friday, July 23, 2021. Ms. Castle additionally reported that she had been out of work for several days due to illness and until she was able to schedule a COVID-19 test. Ms. Castle was confronted about her current residency, and she ultimately admitted to residing away from her assigned residence for several nights, stating she did not advise this officer of the temporary change as she was "not sure about it," referring to the viability of the address. Ms. Castle was then confronted as to recent relapse and ultimately admitted to previously ingesting methamphetamine on or about July 20, 2021, indicating that the party with whom she had temporarily resided used the substance and as a result she herself relapsed on the day in question while in the company of the party.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/2/2021

Date