PROB 12C
(6/16)

Report Date: January 25, 2022

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Ann Castle | Case Number: 0980 2:17CR00189-SAB-2 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

Original Offense:    Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

   **To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated standard condition number 13 by failing to report as directed to the U.S. Probation Office in Spokane, by 4 p.m., on January 18 and 19, 2022, and failing to contact the undersigned officer as directed on Monday, January 24, 2022.<br><br>On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document being mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to follow all directives provided to her by the undersigned officer specific to her conditions of supervised release.<br><br>Specifically, on January 14, 2022, the undersigned officer learned that Ms. Castle had failed to report for random urinalysis testing with the contract provider on January 11, 2022. Ms. Castle was sent a text message advising of the missed appointment, and directing her to |

Prob12C
Re: Castle, Sarah Ann
January 25, 2022
Page 2

report to the U.S. Probation Office as directed on the day in question prior to 4 p.m., which she committed to doing. At 2:49 p.m., a text message was received from the client in which she indicated she had not read this officer's text message in its entirety and had instead reported to the contract provider's location in Spokane, and had already submitted to urinalysis testing with the provider. The provider later confirmed that Ms. Castle did report on the day in question and submitted a urinalysis sample for testing that was negative for all substances tested.

Ms. Castle's failure to report to the U.S. Probation Office as directed was concerning, and she was again directed to report to the U.S. Probation Office on Tuesday, January 18, 2022, before 4 p.m., which she again committed to doing. On January 18, 2022, Ms. Castle failed to report to the U.S. Probation Office as directed. At 4:27 p.m., on the day in question, the undersigned officer left the client a voice mail and sent the client a text message requesting an immediate return call. Later that evening, this officer did observe a missed call from her number, but no other contact was received from the client.

On Wednesday, January 19, 2022, at 8:40 a.m., the undersigned officer attempted to contact Ms. Castle, again leaving Ms. Castle a voice mail and sending her a text message expressing concern and directing her to report on the day in question to the U.S. Probation Office prior to 4 p.m. At 2:42 p.m., Ms. Castle called and advised that she could swing by really quick. The undersigned officer advised this would not be adequate and that this officer needed the client to submit to urinalysis testing as a part of the contact. Ms. Castle then stated that she would need to "figure something else out." At 3:28 p.m., Ms. Castle sent a text message indicating that her sponsor's car would not start and that she would be required to take the bus. At approximately 4:30 p.m., Ms. Castle subsequently reported and submitted a urinalysis sample that appeared dilute. The sample was ultimately forwarded to the lab for verification of methamphetamine use. This sample confirmation has yet to be received by the U.S. Probation Office in Spokane. Ms. Castle's failure to report in a timely manner did not allow for adequate time to properly address her provided diluted urinalysis specimen. Ms. Castle admitted she fell asleep the day prior when she had been previously directed to report.

On January 20, 2022, this case was discussed with a supervisory U.S. probation officer, and the decision was made to place Ms. Sarah Castle on sweat patch testing given her continued and ongoing noncompliance. On January 21, 2022, the undersigned officer was prepared to direct Ms. Castle to report on the day in question for sweat patch application when she sent this officer a text message indicating she had been sent home from work for COVID-19 testing due to numerous symptoms. Ms. Castle committed to getting tested and was directed to provide the test result to the undersigned officer.

On January 24, 2022, the undersigned officer attempted to reach Ms. Castle telephonically, and ultimately left the party a voice mail requesting a return call. Ms. Castle was also sent a text message again requesting that she contact this officer. As of the date of this report, Ms. Castle has failed to contact the undersigned officer as directed.

2          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated special condition number 4 by failing to report for random urinalysis testing on December 3 and 28, 2021, and

Prob12C
Re: Castle, Sarah Ann
January 25, 2022
Page 3

January 11 and 21, 2022, when her assigned color was called by the contract provider in Spokane, based on reports received from the contract provider.

On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document being mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was required to submit to urinalysis testing with the U.S. Probation Office and the contract provider, if referred, to which she indicated her understanding.

Ms. Castle stated a number of reasons why she is unable to consistently report for urinalysis testing as required, to include having to work late and being overly busy. It should be noted that Ms. Castle has consistently been contacted by the undersigned officer and directed to report for follow-up testing, with the exception of her most recent missed appointment on January 21, 2022, as the undersigned officer remains waiting for verification of COVID-19 testing prior to arranging make-up testing.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 25, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/25/2022
Date