PROB 12C
(6/16)

Report Date: February 3, 2022

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Ann Castle | Case Number: 0980 2:17CR00189-SAB-2 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

Original Offense: Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 22, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about January 19, 2022, based on both urinalysis testing and the client's admission of such use after submitting a diluted urinalysis sample for testing.<br><br>On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document having been mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to refrain from any unlawful use of a controlled substance. |

Prob12C
Re: Castle, Sarah Ann
February 3, 2022
Page 2

Specifically, on January 19, 2022, Ms. Sarah Castle was contacted by the undersigned officer and directed to report to the U.S. Probation Office in Spokane, for urinalysis testing, among other required obligations. As the Court may recall, and as previously reported to the Court in the petition dated January 25, 2022, Ms. Castle had previously failed to report to the U.S. Probation Office on January 18, 2022. She subsequently reported after the time previously provided on the day in question. As a part of Ms. Castle reporting to the U.S. Probation Office, she submitted a urinalysis sample for testing that appeared to be both diluted and presumptive positive for amphetamine and methamphetamine. Ms. Castle denied any use of the illicit substances as indicated by the test.

On January 31, 2022, the lab result specific to the urinalysis sample submitted by Ms. Castle and as referenced herein, was received by the U.S. Probation Office in Spokane, and verified the client's submitted sample as confirmed positive for both amphetamine and methamphetamine, as well as being diluted.

On February 1, 2022, Ms. Castle was contacted telephonically by the undersigned officer following the receipt of the lab confirmation of her submitted test, at which time she again denied that she had used illicit substances. On February 2, 2022, Ms. Castle reported to the U.S. Probation Office in Spokane, as directed by the undersigned officer for sweat patch application, at which time she ultimately admitted to ingesting methamphetamine as previously occurring on or about January 15, 2022. Ms. Castle admitted significant guilt, and again recommitted to remaining honest with the U.S. Probation Office moving forward. Ms. Castle did sign a drug use admission form serving to document her disclosure as outlined herein.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 3, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Castle, Sarah Ann
February 3, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/4/2022

Date