PROB 12C
(6/16)

Report Date: February 23, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle                    Case Number: 0980 2:17CR00189-SAB-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2022, and 02/03/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated mandatory condition number 3 by ingesting amphetamine and methamphetamine, as previously occurring on or about February 2 through 7, 2022, based on sweat patch testing. |
| | On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document being mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to refrain from any unlawful use of a controlled substance. |
| | Specifically, on February 2, 2022, a sweat patch was applied to Ms. Castle by the undersigned officer following concerns that she was attempting to defeat the urinalysis testing process by failing to attend random urinalysis testing appointments on the day they |

Prob12C
Re: Castle, Sarah Ann
February 23, 2022
Page 2

were called, and by providing a dilute sample on a number of occasions. On February 7, 2022, Ms. Castle was directed to report to the U.S. Probation Office in Spokane, for sweat patch removal. Ms. Castle denied ingesting illicit substances during the time period in question. The sweat patch was subsequently removed by the undersigned officer and forwarded to the contract laboratory for analysis. On February 22, 2022, the lab result was returned specific to the identified sweat patch, which ultimately confirmed the sample provided as being positive for both amphetamine and methamphetamine.

It should be noted, on February 4 and 7, 2022, Ms. Castle submitted to urinalysis testing as directed, in which the sample provided appeared to be negative for all substances tested. On February 22, 2022, Ms. Castle was contacted telephonically in response to the received test results, at which time Ms. Castle denied ingesting illicit substances within the identified time period and denied any attempts to circumvent urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 23, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

2/24/2022

Date