PROB 12C
(6/16)

Report Date: February 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle                                      Case Number: 0980 2:17CR00189-SAB-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2022, 02/03/2022, and 02/23/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, occurring on or about February 10, 2022, based on urinalysis testing.<br><br>On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document being mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to refrain from any unlawful use of a controlled substance. |

Prob12C
Re: Castle, Sarah Ann
February 25, 2022
Page 2

Specifically, on February 9, 2022, the undersigned officer received a text message from the client indicating that she had failed to attend random urinalysis testing on the day in question as required, indicating she had experienced a flat tire and ultimately arrived at the facility after they had closed. Ms. Castle indicated that while she realized this "doesn't look good," she reaffirmed her current sobriety and committed to reporting the following day on February 10, 2022. On February 10, 2022, the provider confirmed Ms. Castle's missed appointment as previously occurring on February 9, 2022.

On February 10, 2022, Ms. Castle reported to Pioneer Human Services in Spokane, as previously committed, and subsequently submitted a urinalysis sample for testing that reflected as presumptive positive for both amphetamine and methamphetamine. A drug use admission form was subsequently received on February 11, 2022, in which Ms. Castle had signed her name and checked the box indicating she denied use of any illicit substances as indicated by the test.

Ms. Castle had previously maintained that she had not ingested illicit substances during the time period in question. On February 24, 2022, the lab confirmation specific to the sample as outlined was received by the U.S. Probation Office confirming the sample as positive for both amphetamine and methamphetamine. Ms. Castle was contacted on the day in question, both telephonically and as a part of Court proceedings before Your Honor, at which time Ms. Castle acknowledged her need for assistance, indicating she was "really struggling."

As the Court may recall, Ms. Castle had been previously wearing a sweat patch which was removed on February 7, 2022. It should be noted, on February 10, 2022, the client's measured level of methamphetamine in her system at the time of testing was determined to be higher than at any time she wearing the sweat patch, which would appear to substantiate new use occurring after patch removal.

6    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Ms. Sarah Ann Castle is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, as occurring on or about February 23, 2022, based on the client's admission of such use.

On December 23, 2020, Ms. Castle's conditions of supervised release specific to 2:17CR00189-SAB-2 were reviewed with her telephonically due to the current and continued COVID-19 pandemic. On January 4, 2021, the signed document was received in the mail by the U.S. Probation Office in Spokane, following the document being mailed to the client for her review. Specifically, Ms. Castle was made aware by the undersigned officer that she was to refrain from any unlawful use of a controlled substance.

Specifically, on February 24, 2022, the undersigned officer sent a text message to Ms. Castle directing her to report to the U.S. Probation Office in Spokane, prior to 9:15 a.m., for the purpose of urinalysis testing and in anticipation of her scheduled revocation hearing before Your Honor. Ms. Castle initially responded using text messaging, indicating her understanding. Ms. Castle then failed to report as directed within the time frame provided. At 9:37 a.m. the undersigned officer received a call from Ms. Castle at which time she initially denied any previous illicit drug use. As a part of the call, Ms. Castle was confronted

Prob12C
Re: Castle, Sarah Ann
February 25, 2022
Page 3

on the recent lab report received that confirmed her sample submitted on February 10, 2022, as positive for amphetamine and methamphetamine.

Ms. Castle ultimately acknowledged her need for assistance and indicated that she was "really struggling." Ms. Castle was questioned as to when she had most recently ingested any illicit substances, and she admitted to having ingested methamphetamine, most recently occurring last night (February 23, 2022), indicating that she had become anxious in regard to her revocation hearing scheduled for February 24, 2022

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 25, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/28/2022
Date