PROB 12C
(6/16)

Report Date: May 15, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle        Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

Original Offense: Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence: Prison - 40 Months; TSR - 60 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard        Date Supervision Commenced: December 23, 2020

Defense Attorney: John Stephen Roberts, Jr.        Date Supervision Expires: December 22, 2025

## PETITIONING THE COURT

**To issue a SUMMONS.**

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Ms. Castle is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office as directed on May 10, 2024.<br><br>Specifically, on May 8, 2024, the undersigned officer attempted unscheduled employment contact with Ms. Castle at her current place of employment in Spokane. Ms. Castle was unable to be located at the place of employment, and she was subsequently sent a text message by the undersigned officer at 1:51 p.m. inquiring if she was working and requesting that she contact the undersigned officer. At 2:26 p.m., the undersigned officer, along with the assistance of United States Probation Officer Lerch, attempted an unscheduled home contact with the client at her current residence in Spokane, during which the parties were able to speak with the client's friend, Tammy, who was watching the client's daughter and who advised that Ms. Castle had just departed the residence approximately 15 minutes |

Prob12C
Re: Castle, Sarah Ann
May 15, 2024
Page 2

earlier, on her way to a medical appointment. The contact indicated that Ms. Castle was scheduled to return in approximately 1 hour. At 6:07 p.m., unscheduled home contact was again conducted with Ms. Castle at her residence, at which time nobody appeared present. The undersigned officer attempted a call to Ms. Castle, whose phone rang through to voice mail. A message was left requesting that she contact the undersigned officer.

On May 9, 2024, at 8:58 a.m., out of concern, a follow-up call to Ms. Castle was again conducted, during which her friend Tammy answered the client's phone indicating that Ms. Castle had accidentally misplaced her phone at her house yesterday and she had subsequently located it. The contact advised that Ms. Castle had departed town to attend her grandmother's memorial service, and she expected her back that afternoon. The undersigned officer requested that she advise Ms. Castle of her need to report to the U.S. Probation Office on May 10, 2024, at 8 a.m., to speak with the undersigned officer and for the purpose of urinalysis testing. The contact committed to providing the client with the message. At 4:25 p.m., the undersigned officer again attempted telephonic contact with Ms. Castle, whose phone rang through to voice mail. The undersigned officer again left a voice mail for Ms. Castle expressing concern and requesting that she both report on May 10, 2024, at 8 a.m., and that she contact the undersigned officer telephonically as soon as she was able to do so.

On May 10, 2024, Ms. Castle failed to report to the U.S. Probation Office, and unscheduled home and employment contacts were again conducted. Ms. Castle was again unable to be located by U.S. probation officers. A business card was subsequently left in her door directing her to report on Monday (May 13, 2024) at 8 a.m. At 8:41 p.m. a text message was received from Ms. Castle indicating that she had received her phone from Tammy and would report as required on May 13, 2024.

Ms. Castle subsequently reported as directed on May 13, 2024, and submitted to both urinalysis testing and sweat patch application. Ms. Castle's urinalysis sample result remains pending with the lab as of the date of this report. Ms. Castle would later indicate having lost her phone, and then traveling to Newport, Washington, on Thursday at 11 a.m., where she stayed longer than intended, and then got a flat tire on her way home, in an attempt to explain her conduct. Of particular note, Ms. Castle admitted that she had been aware that the undersigned officer had attempted home contact with her on May 8, 2024. In addition, Ms. Castle's statement of departing Spokane at 11 a.m. is not consistent with Tammy's, in which Tammy indicated Ms. Castle's having departed Spokane, prior to 8:58 a.m.

2          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by failing to appear for random urinalysis testing with the contract provider on May 6, 2024, when her assigned color was called by the contract provider.

Specifically, on May 7, 2024, the undersigned officer received notification from the current contract drug and alcohol testing provider in Spokane, that Ms. Castle failed to report for urinalysis testing on May 6, 2024, when her assigned color was called. On May 7, 2024, Ms. Castle was contacted telephonically, and she admitted to having failed to call the designated

Prob12C
Re: Castle, Sarah Ann
May 15, 2024
Page 3

phone line to determine if it was her day to submit to urinalysis testing. Ms. Castle described having to work late on the day in question, as well as seeing to the needs of her child as distracting her from the requirement. Ms. Castle subsequently submitted to urinalysis testing on the day in question, which tested negative.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 15, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/16/2024

Date