PROB 12C
(6/16)

Report Date:  June 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle                Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/15/2024.

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Ms. Castle is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office as directed on June 3, 2024. |
| | Specifically, on June 3, 2024, at 8:11 a.m., Ms. Castle was sent a text message advising as to the receipt of a recent sweat patch laboratory report that confirmed her most recent sweat patch sample was positive for methamphetamine. Ms. Castle was further directed to report to the U.S. Probation Office on the day in question for both urinalysis and sweat patch testing. At 12:54 p.m., after not hearing back with regard to the previously sent text message, the undersigned officer attempted a call to Ms. Castle. Ms. Castle's phone rang through to voice mail and she was left a voice mail, again advising of the confirmed positive sweat patch laboratory report, and directing her to report to the U.S. Probation Office for urinalysis and sweat patch testing. Ms. Castle failed to report as directed. |

**Prob12C**
**Re: Castle, Sarah Ann**
**June 4, 2024**
**Page 2**

At 7:22 p.m., a text message was received from Ms. Castle in which she indicated having worked until 4 p.m., and then having traveled to urgent care due to burning her arm. Ms. Castle committed to reporting the following day, June 4, 2024. Ms. Castle additionally provided medical and Labor and Industries documentation, which verified that Ms. Castle did incur personal injury on June 2, 2024, at approximately 10 a.m. The documentation did further document Ms. Castle attending Deaconess Hospital on June 3, 2024.

4          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by testing positive for methamphetamine during sweat patch testing, ending May 20, 2024.

Specifically, on May 13, 2024, Ms. Sarah Castle reported to the U.S. Probation Office as directed for the purpose of both urinalysis and sweat patch testing. Ms. Castle submitted to urinalysis testing as directed, with the provided sample subsequently being packaged and forwarded to the laboratory for verification. A sweat patch was also applied to Ms. Castle's arm. On May 17, 2024, lab confirmation was received, confirming Ms. Castle's urinalysis sample as dilute.

On May 20, 2024, Ms. Castle reported to the U.S. Probation Office as directed for sweat patch removal, and denied that the device would return positive. On May 31, 2024, the lab confirmation report was received, which verified the sample as positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 4, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Castle, Sarah Ann**
**June 4, 2024**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/4/2024
_____
Date