PROB 12C
(6/16)

Report Date: June 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle     Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Nathan Poston |
| | Date Supervision Expires: December 22, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/15/2024, and 06/04/2024.

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by testing positive for methamphetamine during sweat patch testing, ending on June 12, 2024. |
| | Specifically, on June 4, 2024, Ms. Sarah Castle reported to the U.S. Probation Office as directed for the purpose of both urinalysis and sweat patch testing. Ms. Castle submitted to urinalysis testing as directed, the result of which proved negative for all substances. A sweat patch was also applied to Ms. Castle's arm. |
| | On June 12, 2024, Ms. Castle reported to the U.S. Probation Office as directed for sweat patch removal, and denied that the device would return positive. On June 24, 2024, the lab |

Prob12C
Re: Castle, Sarah Ann
June 26, 2024
Page 2

confirmation report was received, which verified the sample as positive for methamphetamine. On June 25, 2024, Ms. Castle was contacted and confronted as to the test result, during which Ms. Castle refuted the test results, indicating her continued sobriety.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 26, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/27/2024
Date