PROB 12C
(6/16)

Report Date: July 31, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle                Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ██████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Nathan Poston |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 23, 2020

Date Supervision Expires: December 22, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/15/2024, 06/04/2024, 06/26/2024, and 07/18/2024.

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by ingesting methamphetamine on or about July 29, 2024, based on both urinalysis testing and Ms. Castle's own admission of such use. |
| | Specifically, on July 29, 2024, the undersigned officer received notification from the U.S. Probation Office's contract urinalysis testing provider that Ms. Castle had failed to report for random urinalysis testing as required on July 26, 2024. Ms. Castle was contacted on the day in question using text messaging, and was directed to report to the U.S. Probation Office for urinalysis testing. Ms. Castle sent a text in reply stating, "K well I'm just letting u know I'm dirty." |

Prob12C
Re: Castle, Sarah Ann
July 31, 2024
Page 2

      Ms. Castle reported as directed and did submit to urinalysis testing, the result of which proved presumptive positive for both amphetamine and methamphetamine. During dialogue, Ms. Castle admitted ingesting methamphetamine late on Saturday, July 27, into Sunday morning, July 28, 2024. Ms. Castle indicated having become overwhelmed due to her current circumstances, and specifically at the thought of potentially being returned to custody as a part of her revocation hearing, scheduled for August 15, 2024. Ms. Castle did sign a drug use admission form serving to memorialize her admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 31, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/1/2024

Date