PROB 12C
(6/16)

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: April 14, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Sarah Ann Castle　　　　　　　　Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 40 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 23, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/20/2025.

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by testing positive for methamphetamine on or about March 28, 2025, based on sweat patch testing. |
| | On March 14, 2025, a sweat patch was applied to Ms. Castle's arm for the purpose of ongoing drug monitoring. On March 28, 2025, Ms. Castle reported to the U.S. Probation Office as directed, and the sweat patch was removed and packaged for laboratory testing. Ms. Castle denied illicit drug use. On April 11, 2025, the U.S. Probation Office received the laboratory report regarding Ms. Castle's submitted sweat patch, which confirmed the sample was positive for methamphetamine. |

Prob12C
Re: Castle, Sarah Ann
April 14, 2025
Page 2

On April 14, 2025, Ms. Castle was contacted telephonically who indicated continued sobriety, and stated that she was unsure how the sweat patch could have returned positive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 14, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/15/2025

Date