PROB 12C
(6/16)

Report Date: April 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Ann Castle     Case Number: 0980 2:17CR00189-SAB-2

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 7, 2018

Original Offense:   Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence:   Prison - 40 Months;     Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney:  Caitlin A. Baunsgard     Date Supervision Commenced: December 23, 2020

Defense Attorney:  Nathan Poston     Date Supervision Expires: December 22, 2025

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/20/2025 and 04/14/2025.

On December 23, 2020, Ms. Sarah Castle signed her conditions relative to case number 2:17CR00189-SAB-2, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Ms. Castle is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about April 22, 2025, based on both urinalysis testing and the subject's admission of such use. |
| | Specifically, on April 24, 2025, Ms. Castle reported to the U.S. Probation Office in Spokane, as directed for the purpose of sweat patch removal and application. Following her report to the U.S. Probation Office, Ms. Castle was directed to submit to urinalysis testing. During Ms. Castle's attempt to submit to testing, she was determined to be in possession of a device from which she submitted a small amount of substance during urinalysis testing, in an attempt to defeat the urinalysis testing process. After being confronted on numerous occasions, Ms. Castle ultimately surrendered the device to the observing officer. |

Prob12C
Re: Castle, Sarah Ann
April 24, 2025
Page 2

Following Ms. Castle surrendering the device, she admitted using the device in an attempt to defeat urinalysis testing and using methamphetamine most recently on or about April 22, 2025. Ms. Castle did sign a drug use admission form and indicated that she had again used the substance in response to stress and anxiety.

4  **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

   **Supporting Evidence**: Ms. Castle is alleged to have violated standard condition number 13 by failing to remain at the U.S. Probation Office in Spokane, as directed on April 24, 2025.

   Specifically, on April 24, 2025, Ms. Castle reported to the U.S. Probation Office in Spokane for the purpose of sweat patch removal and application. Upon Ms. Castle's arrival, she was also directed to submit to urinalysis testing. During testing, Ms. Castle was found to be in possession of a device designed to defeat the urinalysis testing process, which she admittedly used during the testing process. Ms. Castle further admitted to removing her previously applied sweat patch in an attempt to defeat sweat patch testing, and admitted previously ingesting methamphetamine on or about April 22, 2025.

   At the time of Ms. Castle's report to the U.S. Probation Office, the undersigned officer was conducting field work, but in light of the serious concern stemming from Ms. Castle's actions, the undersigned officer diverted course and returned to the U.S. Probation Office. Ms. Castle was directed by a U.S. probation officer to remain at the U.S. Probation Office until the undersigned officer could respond to speak with her, but she instead left the office prior to the undersigned officer's arrival approximately 10 minutes later.

   Ms. Castle later responded to a text message advising her of her need to return to the U.S. Probation Office, indicating she was taking her daughter to her mother's residence and would subsequently return as directed.

5  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by admittedly tampering with a sweat patch affixed to her person on or about April 24, 2025.

   Specifically, on April 10, 2025, a sweat patch was applied to Ms. Castle's arm for the purpose of ongoing drug monitoring. On April 24, 2025, Ms. Castle reported to the U.S. Probation Office as directed for removal of the device, and so a new device could be applied. During the removal of the device, the officer observed that the device was no longer affixed to Ms. Castle's arm to the degree that it should be, and it was clear that the device was only recently put back on due to the lack of adhesion present. When confronted, Ms. Castle admitted removing the patch without officer approval a few days prior. Ms. Castle admitted relapsing on methamphetamine, occurring around that same time frame.

Prob12C
Re: Castle, Sarah Ann
April 24, 2025
Page 3

    6    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Ms. Castle is alleged to have violated special condition number 4 by admittedly using a device with the intent to defeat the urinalysis testing process while at the U.S. Probation Office on April 24, 2025.

    Specifically, on April 24, 2025, Ms. Castle reported to the U.S. Probation Office in Spokane, as directed for the purpose of sweat patch removal and application. Following her report to the U.S. Probation Office, Ms. Castle was directed to submit to urinalysis testing. During Ms. Castle's attempt to submit to testing, she was determined to be in possession of a device from which she submitted a small amount of substance during urinalysis testing, in an attempt to defeat the urinalysis testing process. After being confronted on numerous occasions, Ms. Castle ultimately surrendered the device to the observing officer.

    Following Ms. Castle surrendering the device, she admitted using the device in an attempt to defeat urinalysis testing, and to having used methamphetamine most recently on or about April 22, 2025. Ms. Castle did sign a drug use admission form and indicated that she had again used the substance in response to stress and anxiety.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 24, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Castle, Sarah Ann
April 24, 2025
Page 4

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/25/2025

Date